IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| COREY CASH and CRUZ ORNELAS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>INTREPID POTASH, INC. and INTREPID POTASH-NEW MEXICO, LLC,<br><br>*Defendants.* | Case No. 2:24-cv-01118-MLG-KRS |

## NOTICE OF SETLEMENT AND JOINT MOTION TO VACATE DEADLINES AND SCHEDULE PRELIMINARY APPROVAL HEARING

Plaintiffs Corey Cash and Cruz Ornelas ("Plaintiffs") and Defendants Intrepid Potash, Inc. and Intrepid Potash-New Mexico, LLC ("Defendants") (Plaintiffs and Defendants are collectively referred to as "the Parties") submit the following joint notice of settlement, and joint motion to vacate deadlines and schedule preliminary approval hearing and in support, state the following:

1. On October 14, 2025, the Parties attended a settlement conference with Magistrate Judge Sweazea. The Parties did not reach a settlement during the settlement conference, but they continued to discuss potential resolution in the weeks that followed.

2. On December 11, 2025, the Parties reached a class-wide settlement and executed a term sheet (the "Term Sheet") setting forth the key provisions of the class action Settlement.

3. Plaintiffs' counsel is in the process of drafting a long-form settlement agreement (the "Settlement Agreement") for Defendants' review. The Parties anticipate executing the Settlement Agreement by no later than January 26, 2026

4. Plaintiffs' counsel is also drafting an Unopposed Motion for Preliminary Approval of the Class Action Settlement ("Preliminary Approval Motion") for Defendants' review. The Parties anticipate filing the Preliminary Approval Motion by no later than February 23, 2026.

5. Counsel for both Parties request that the Court set a date for a hearing on the forthcoming unopposed Preliminary Approval Motion on a date of the Court's choosing in March or April 2026. The Parties respectfully request, however, that the hearing *not* be scheduled on the following dates due to conflicts in their counsels' schedules: March 3 and 24 and April 20, 23, and 28.

6. In light of the settlement, Counsel for the Parties also respectfully request that the Court vacate all pending deadlines in the litigation, including those set forth in the Court's February 24, 2025, Scheduling Order (Dkt. No. 29) as well as the briefing deadlines on Plaintiffs' Motion to Compel Discovery (Dkt. No. 59) and Defendants' Motion for Partial Summary Judgment on Applicable Time Period (Dkt. No. 58).

WHEREFORE, the Parties respectfully request that the Court enter the Order submitted herewith as Attachment 1 vacating all deadlines set forth in the Scheduling Order as well as the current briefing deadlines, and scheduling a hearing on Plaintiffs' forthcoming Preliminary Approval Motion in March or April 2026 as set forth above.

Dated: December 12, 2025                             Respectfully submitted,

*/s/ Sarah J. Arendt*                                                */s/ Jessica G. Scott* (With Consent)
Douglas M. Werman                                    Jessica G. Scott
Sarah J. Arendt                                              Corey Thompson
John J. Frawley                                               Hannah Chapple
**Werman Salas P.C.**                                  David Schaller
77 W. Washington St., Ste 1402                 **Wheeler Trigg O'Donnell LLP**
Chicago, IL 60602                                          370 Seventeenth Street, Suite 4500
dwerman@flsalaw.com                              Denver, CO  80202-5647
sarendt@flsalaw.com                                   Telephone:   303.244.1800
jfrawley@flsalaw.com                                   Facsimile:    303.244.1879
P: (312) 419-1008                                           Email:  scott@wtotrial.com
F : (312) 419-1025                                                        cthompson@wtotrial.com
                                                                                   chapple@wtotrial.com
Justin R. Kaufman                                                     schaller@wtotrial.com
Philip M. Kovnat
**Durham, Pittard & Spaulding, LLP**      *Attorneys for Defendants*
505 Cerrillos Road, Suite A209
Santa Fe, NM 87501
Telephone: (505) 986-0600
Facsimile: (505) 986-0632

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE (CM/ECF)

   I certify that on December 12, 2025, I caused a true and correct copy of the foregoing document to be served on the below-listed counsel of record for Intrepid Potash, Inc. and Intrepid Potash-New Mexico LLC by filing it via the Court's CM/ECF system.

- Corey Jason Thompson (cthompson@wtotrial.com)
- David Schaller (schaller@wtotrial.com)
- Hannah Patricia Chapple (chapple@wtotrial.com)
- Jessica Goneau Scott (scott@wtotrial.com)

                            */s/Sarah J. Arendt*
                            Sarah J. Arendt